# NO. 12-19-00015-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE:* | § | |
| *JACKIE ANDREWS,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | § | |

### MEMORANDUM OPINION
### PER CURIAM

Relator, Jackie Andrews, filed this pro se original proceeding to challenge Respondent's failure to rule on his motion to compel the district attorney to surrender ***Brady*** material and motion for appointment of counsel for discovery and production of ***Brady*** document.[1] By an order signed on September 21, 2018, Respondent denied Relator's motion for issuance of show cause order, motion to compel the district attorney to surrender ***Brady*** material, and motion for appointment of counsel. Accordingly, because Respondent ruled on Relator's motions, he has received the relief requested in this original proceeding. For this reason, we ***dismiss*** Relator's petition for writ of mandamus as ***moot***. *See **In re Bonilla***, 424 S.W.3d 528, 534 (Tex. Crim. App. 2014) (orig. proceeding) (there is nothing to mandamus when relief sought has become moot).

Opinion delivered January 16, 2019.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(DO NOT PUBLISH)

---

[1] Respondent is the Honorable Christi J. Kennedy, Judge of the 241st District Court in Smith County, Texas. The State of Texas is the Real Party in Interest.



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**JANUARY 16, 2019**

**NO. 12-19-00015-CR**

**JACKIE ANDREWS,**
Relator
V.

**HON. CHRISTI J. KENNEDY,**
Respondent

## ORIGINAL PROCEEDING

ON THIS DAY came to be heard the petition for writ of mandamus filed by Jackie Andrews; who is the relator in Cause No. 241-81320-99. Said petition for writ of mandamus having been filed herein on January 10, 2019, and the same having been duly considered, because it is the opinion of this Court that the writ should not issue, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **dismissed as moot**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*